## HOLT ET AL. v. OKLAHOMA.

No. 821.  Decided May 29, 1961.

PER CURIAM.

The appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## JANKO v. UNITED STATES.

No. 380, Misc.  Decided May 29, 1961.

*Norman S. London* and *Sidney M. Glazer* for petitioner.

*Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for the United States.

PER CURIAM.

Upon consideration of the confession of error by the Solicitor General and an examination of the entire record, the motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.  The judgment is reversed and the case is remanded to the District Court for a new trial.